**ORIGINAL**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CB HOLDING CORP.,<br><br>Debtor.<br>TAX I.D. No. 20-2288640 | Chapter 11<br><br>Case No. 10-13683(MFW) |
| In re:<br><br>1820 CENTRAL PARK AVENUE RESTAURANT CORP.,<br>Debtor.<br>TAX I.D. No. 13-1855151 | Chapter 11<br><br>Case No. 10-13746(MFW) |
| In re:<br><br>BUGABOO CREEK ACQUISITION, LLC,<br><br>Debtor.<br>TAX I.D. No. 20-8404629 | Chapter 11<br><br>Case No. 10-13709(MFW) |
| In re:<br><br>BUGABOO CREEK HOLDINGS, INC.,<br><br>Debtor.<br>TAX I.D. No. 52-2050966 | Chapter 11<br><br>Case No. 10-13702(MFW) |
| In re:<br><br>BUGABOO CREEK OF SEEKONK, INC.,<br><br>Debtor.<br>TAX I.D. No. 04-3181669 | Chapter 11<br><br>Case No. 10-13701(MFW) |
| In re:<br><br>CB VII, INC.,<br><br>Debtor.<br>TAX I.D. No. 13-3039120 | Chapter 11<br><br>Case No. 10-13719(MFW) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CB VIII, INC., | ) | Case No. 10-13724(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 13-3481468 | ) | |
| In re: | ) | Chapter 11 |
| CHARLIE BROWN NORTH, | ) | Case No. 10-13704(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 22-1916721 | ) | |
| In re: | ) | Chapter 11 |
| CHARLIE BROWN'S ACQUISITION CORP., | ) | Case No. 10-13693(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 13-3948367 | ) | |
| In re: | ) | Chapter 11 |
| CHARLIE BROWN'S AT CLIFTON, INC., | ) | Case No. 10-13707(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 22-3567309 | ) | |
| In re: | ) | Chapter 11 |
| CHARLIE BROWN'S MARK CORP., | ) | Case No. 10-13697(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 13-3923569 | ) | |
| In re: | ) | Chapter 11 |
| CHARLIE BROWN'S MONTCLAIR, INC., | ) | Case No. 10-13732(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 13-3314223 | ) | |

| | |
|---|---|
| In re:<br><br>CHARLIE BROWN'S 1981, INC.,<br><br>Debtor.<br>TAX I.D. No. 13-3437781 | Chapter 11<br><br>Case No. 10-13764(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF ALLENTOWN, L.L.C.,<br><br>Debtor.<br>TAX I.D. No. 23-3048420 | Chapter 11<br><br>Case No. 10-13735(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF ALPHA, INC.,<br><br>Debtor.<br>TAX I.D. No. 22-3609083 | Chapter 11<br><br>Case No. 10-13703(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF BERWYN, LLC,<br><br>Debtor.<br>TAX I.D. No. 20-0083347 | Chapter 11<br><br>Case No. 10-13713(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF BLACKWOOD, L.L.C.,<br>Debtor.<br>TAX I.D. No. 22-3695698 | Chapter 11<br><br>Case No. 10-13734(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF BLOOMSBURG, LLC,<br><br>Debtor.<br>TAX I.D. No. 20-2983326 | Chapter 11<br><br>Case No. 10-13695(MFW) |

| | | |
|---|---|---|
| In re:<br><br>CHARLIE BROWN'S OF BRIELLE, INC.,<br><br>Debtor.<br>TAX I.D. No. 22-3588115 | ) | Chapter 11<br><br>Case No. 10-13718(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF CARLSTADT, INC.,<br><br>Debtor.<br>TAX I.D. No. 22-3676936 | ) | Chapter 11<br><br>Case No. 10-13728(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF CHATHAM, INC.,<br><br>Debtor.<br>TAX I.D. No. 13-3122452 | ) | Chapter 11<br><br>Case No. 10-13756(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF COMMACK LLC,<br><br>Debtor.<br>TAX I.D. No. 20-0904851 | ) | Chapter 11<br><br>Case No. 10-13730(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF DENVILLE, INC.,<br><br>Debtor.<br>TAX I.D. No. 13-3411422 | ) | Chapter 11<br><br>Case No. 10-13710(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF EAST WINDSOR, LLC,<br>Debtor.<br>TAX I.D. No. 20-0592747 | ) | Chapter 11<br><br>Case No. 10-13717(MFW) |

In re: CHARLIE BROWN'S OF EDISON, INC., Debtor.
TAX I.D. No. 13-3218519

Chapter 11
Case No. 10-13733(MFW)

In re: CHARLIE BROWN'S OF EGG HARBOR TWP, LLC, Debtor.
TAX I.D. No.

Chapter 11
Case No. 10-13765(MFW)

In re: CHARLIE BROWN'S OF FRANKLIN, LLC, Debtor.
TAX I.D. No. 20-1455232

Chapter 11
Case No. 10-13763(MFW)

In re: CHARLIE BROWN'S OF GARDEN CITY, LLC, Debtor.
TAX I.D. No. 11-3587440

Chapter 11
Case No. 10-13716(MFW)

In re: CHARLIE BROWN'S OF HACKETTSTOWN, L.L.C., Debtor.
TAX I.D. No. 22-3727493

Chapter 11
Case No. 10-13706(MFW)

In re: CHARLIE BROWN'S OF HARRISBURG, LLC, Debtor.
TAX I.D. No. 20-3371085

Chapter 11
Case No. 10-13740(MFW)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CHARLIE BROWN'S OF HILLSBOROUGH, INC., | ) | Case No. 10-13761(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 13-3320344 | ) | |
| In re: | ) | Chapter 11 |
| CHARLIE BROWN'S OF HOLTSVILLE, LLC, | ) | Case No. 10-13708(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 20-2710138 | ) | |
| In re: | ) | Chapter 11 |
| CHARLIE BROWN'S OF JACKSON, LLC, | ) | Case No. 10-13752(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 26-0433478 | ) | |
| In re: | ) | Chapter 11 |
| CHARLIE BROWN'S OF LACEY, L.L.C., | ) | Case No. 10-13760(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 22-3746282 | ) | |
| In re: | ) | Chapter 11 |
| CHARLIE BROWN'S OF LAKEWOOD, INC., | ) | Case No. 10-13754(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 13-3400156 | ) | |
| In re: | ) | Chapter 11 |
| CHARLIE BROWN'S OF LANGHORNE, INC., | ) | Case No. 10-13727(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 20-0083392 | ) | |

| | |
|---|---|
| In re:<br><br>CHARLIE BROWN'S OF LYNBROOK LLC,<br><br>Debtor.<br>TAX I.D. No. 56-2282772 | Chapter 11<br><br>Case No. 10-13726(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF MAPLE SHADE, INC.,<br><br>Debtor.<br>TAX I.D. No. 13-3180404 | Chapter 11<br><br>Case No. 10-13757(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF MATAWAN, INC.,<br><br>Debtor.<br>TAX I.D. No. 13-3148337 | Chapter 11<br><br>Case No. 10-13739(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF MIDDLETOWN LLC,<br><br>Debtor.<br>TAX I.D. No. 06-1627565 | Chapter 11<br><br>Case No. 10-13690(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF ORADELL, INC.,<br><br>Debtor.<br>TAX I.D. No. 13-3320348 | Chapter 11<br><br>Case No. 10-13738(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF PENNSYLVANIA, INC.,<br><br>Debtor.<br>TAX I.D. No. 55-0836918 | Chapter 11<br><br>Case No. 10-13711(MFW) |

| | |
|---|---|
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF PISCATAWAY, LLC, | Case No. 10-13699(MFW) |
| Debtor. | |
| TAX I.D. No. 20-2228285 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF READING, LLC, | Case No. 10-13731(MFW) |
| Debtor. | |
| TAX I.D. No. 20-3371214 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF SCRANTON, LLC, | Case No. 10-13747(MFW) |
| Debtor. | |
| TAX I.D. No. 20-2709817 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF SELINSGROVE, LLC, | Case No. 10-13729(MFW) |
| Debtor. | |
| TAX I.D. No. 20-8396492 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF SPRINGFIELD, LLC, | Case No. 10-13758(MFW) |
| Debtor. | |
| TAX I.D. No. 20-2709892 | |
| In re: | Chapter 11 |
| CHARLIE BROWN'S OF STATEN ISLAND, LLC, | Case No. 10-13712(MFW) |
| Debtor. | |
| TAX I.D. No. 56-2301936 | |

| | |
|---|---|
| In re:<br><br>CHARLIE BROWN'S OF TINTON FALLS, INC.,<br><br>Debtor.<br>TAX I.D. No. 22-3546981 | Chapter 11<br><br>Case No. 10-13751(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF TOM'S RIVER, LLC,<br><br>Debtor.<br>TAX I.D. No. 20-0905492 | Chapter 11<br><br>Case No. 10-13744(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF UNION TOWNSHIP, INC.,<br><br>Debtor.<br>TAX I.D. No. 13-3358910 | Chapter 11<br><br>Case No. 10-13762(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF TREXLERTOWN, LLC.,<br><br>Debtor.<br>TAX I.D. No. 20-83696582 | Chapter 11<br><br>Case No. 10-13766(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF WAYNE, INC.,<br><br>Debtor.<br>TAX I.D. No. 13-3954757 | Chapter 11<br><br>Case No. 10-13688(MFW) |

| | |
|---|---|
| In re:<br><br>CHARLIE BROWN'S OF WEST WINDSOR, INC.,<br>Debtor.<br>TAX I.D. No. 13-3400159 | Chapter 11<br><br>Case No. 10-13692(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF WILLIAMSPORT LLC,<br>Debtor.<br>TAX I.D. No. 20-1478218 | Chapter 11<br><br>Case No. 10-13696(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF WOODBURY, INC.,<br>Debtor.<br>TAX I.D. No. 13-3100601 | Chapter 11<br><br>Case No. 10-13714(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF YORK, LLC,<br>Debtor.<br>TAX I.D. No. 20-3370980 | Chapter 11<br><br>Case No. 10-13759(MFW) |
| In re:<br><br>CHARLIE BROWN'S OF YORKTOWN, LLC,<br>Debtor.<br>TAX I.D. No. 13-4157855 | Chapter 11<br><br>Case No. 10-13736(MFW) |
| In re:<br><br>CHARLIE BROWN'S RESTAURANT CORP.,<br>Debtor.<br>TAX I.D. No. 13-3437782 | Chapter 11<br><br>Case No. 10-13723(MFW) |

| | |
|---|---|
| In re:<br><br>CHARLIE BROWN'S STEAKHOUSE FISHKILL, INC.,<br>Debtor.<br>TAX I.D. No. 14-1819139 | Chapter 11<br><br>Case No. 10-13698(MFW) |
| In re:<br><br>CHARLIE BROWN'S STEAKHOUSE WOODBRIDGE, INC.,<br>Debtor.<br>TAX I.D. No. 22-3641906 | Chapter 11<br><br>Case No. 10-13742(MFW) |
| In re:<br><br>CHARLIE BROWN'S, INC.,<br>Debtor.<br>TAX I.D. No. 22-1814776 | Chapter 11<br><br>Case No. 10-13722(MFW) |
| In re:<br><br>JONATHAN SEAGULL PROPERTY CORP.,<br>Debtor.<br>TAX I.D. No. 13-3137248 | Chapter 11<br><br>Case No. 10-13694(MFW) |
| In re:<br><br>JONATHAN SEAGULL, INC.,<br>Debtor.<br>TAX I.D. No. 13-2739160 | Chapter 11<br><br>Case No. 10-13705(MFW) |
| In re:<br><br>THE OFFICE AT BRIDGEWATER, INC.,<br>Debtor.<br>TAX I.D. No. 13-3373132 | Chapter 11<br><br>Case No. 10-13755(MFW) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| THE OFFICE AT CRANFORD, INC., | ) | Case No. 10-13700(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 13-3373131 | ) | |
| In re: | ) | Chapter 11 |
| THE OFFICE AT KEYPORT, INC., | ) | Case No. 10-13749(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 22-3551507 | ) | |
| In re: | ) | Chapter 11 |
| THE OFFICE AT MONTCLAIR, INC., | ) | Case No. 10-13720(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 13-3373128 | ) | |
| In re: | ) | Chapter 11 |
| THE OFFICE AT MORRISTOWN, INC., | ) | Case No. 10-13689(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 13-3373127 | ) | |
| In re: | ) | Chapter 11 |
| THE OFFICE AT RIDGEWOOD, INC., | ) | Case No. 10-13691(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 13-3632949 | ) | |
| In re: | ) | Chapter 11 |
| THE OFFICE AT SUMMIT, INC., | ) | Case No. 10-13743(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 13-3373126 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| WHAT'S YOUR BEEF V, INC., | ) | Case No. 10-13750(MFW) |
| Debtor. | ) | |
| TAX I.D. No. 13-3294719 | ) | |

**ORDER DIRECTING JOINT ADMINISTRATION**

Upon consideration of the motion (the "Motion")[1] of the Debtors for an order directing joint administration of their Chapter 11 cases for procedural purposes only; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having found that good and sufficient cause exists for granting this Motion; and upon consideration of the Declaration of Gary Lembo in Support of Debtors' First-Day Pleadings; and upon the record of these Chapter 11 cases and any hearings held to consider the Motion; and it appearing that joint administration of the Debtors' individual Chapter 11 cases for procedural purposes will be in the best interests of the Debtors' estates, creditors, and all other parties-in-interest and will further the economic and efficient administration of these cases; and it further appearing that notice of the Motion was adequate and proper under the circumstances of these cases, and it appearing that no other or further notice need be given; it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that the above-captioned Chapter 11 cases shall be jointly administered for procedural purposes; and it is further

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

ORDERED that nothing contained in this Order or the Motion shall be deemed or construed as directing or otherwise effecting substantive consolidation of the above-captioned Chapter 11 cases; and it is further

ORDERED that the caption of the jointly administered Chapter 11 cases shall be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CB HOLDING CORP., et al.,[1] | ) | Case No. 10-13683(MFW) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

and it is further

ORDERED that a docket entry shall be made in each of the above-captioned Chapter 11 cases substantially as follows:

1 The other Debtors, and the last four digits of each of their tax identification numbers, are: 1820 Central Park Avenue Restaurant Corp. (5151); Bugaboo Creek Acquisition, LLC (4629); Bugaboo Creek Holdings, Inc. (0966); Bugaboo Creek of Seekonk, Inc. (1669); CB Holding Corp. (8640); CB VII, Inc. (9120); CB VIII, Inc. (1468); Charlie Brown North (6721); Charlie Brown's Acquisition Corp. (8367); Charlie Brown's at Clifton, Inc. (7309); Charlie Brown's Mark Corp. (3569); Charlie Brown's Montclair, Inc. (4223); Charlie Brown's 1981, Inc. (7781); Charlie Brown's of Allentown, L.L.C. (8420); Charlie Brown's of Alpha, Inc. (9083); Charlie Brown's of Berwyn, LLC (3347); Charlie Brown's of Blackwood, L.L.C. (5698); Charlie Brown's of Bloomsburg, LLC (3326); Charlie Brown's of Brielle, Inc. (8115); Charlie Brown's of Carlstadt, Inc. (6936); Charlie Brown's of Chatham, Inc. (2452); Charlie Brown's of Commack LLC (4851); Charlie Brown's of Denville, Inc. (1422); Charlie Brown's of East Windsor, LLC (2747); Charlie Brown's of Edison, Inc. (8519); Charlie Brown's of Egg Harbor Twp, LLC (none); Charlie Brown's of Franklin, LLC (5232); Charlie Brown's of Garden City, LLC (7440); Charlie Brown's of Hackettstown, L.L.C. (7493); Charlie Brown's of Harrisburg, LLC (1085); Charlie Brown's of Hillsborough, Inc. (0344); Charlie Brown's of Holtsville, LLC (0138); Charlie Brown's of Jackson, LLC (3478); Charlie Brown's of Lacey, L.L.C. (6282); Charlie Brown's of Lakewood, Inc. (0156); Charlie Brown's of Langhorne, LLC (3392); Charlie Brown's of Lynbrook LLC (2772); Charlie Brown's of Maple Shade, Inc. (0404); Charlie Brown's of Matawan, Inc. (8337); Charlie Brown's of Middletown LLC (7565); Charlie Brown's of Oradell, Inc. (0348); Charlie Brown's of Pennsylvania, Inc. (6918); Charlie Brown's of Piscataway, LLC (8285); Charlie Brown's of Reading, LLC (1214); Charlie Brown's of Scranton, LLC (9817); Charlie Brown's of Selinsgrove, LLC (6492); Charlie Brown's of Springfield, LLC (9892); Charlie Brown's of Staten Island, LLC (1936); Charlie Brown's of Tinton Falls, Inc. (6981); Charlie Brown's of Toms River, LLC (5492); Charlie Brown's of Union Township, Inc. (8910); Charlie Brown's of Trexlertown, LLC (6582); Charlie Brown's of Wayne, Inc. (4757); Charlie Brown's of West Windsor, Inc. (0159); Charlie Brown's of Williamsport LLC (8218); Charlie Brown's of Woodbury, Inc. (0601); Charlie Brown's of York, LLC (0980); Charlie Brown's of Yorktown, LLC (7855); Charlie Brown's Restaurant Corp. (7782); Charlie Brown's Steakhouse Fishkill, Inc. (9139); Charlie Brown's Steakhouse Woodbridge, Inc. (1906); Charlie Brown's, Inc. (4776); Jonathan Seagull Property Corp. (7248); Jonathan Seagull, Inc. (9160); The Office at Bridgewater, Inc. (3132); The Office at Cranford, Inc. (3131); The Office at Keyport, Inc. (1507); The Office at Montclair, Inc. (3128); The Office at Morristown, Inc. (3127); The Office at Ridgewood, Inc. (2949); The Office at Summit, Inc. (3126); and What's Your Beef V, Inc. (4719). The Debtors' address is 1450 Route 22 West, Mountainside, NJ 07092.

> An order has been entered in this case directing joint administration of this case for procedural purposes with the Chapter 11 bankruptcy case of CB Holding Corp., Case No. 10-13683(MFW). The docket for CB Holding Corp. should be consulted for all matters affecting this case.;

and it is further

ORDERED that all further pleadings and other papers shall be filed in, and all further docket entries shall be made in Case No. 10-13683(MFW); and it is further

ORDERED that one consolidated service list shall be maintained by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the District of Delaware; and it is further

ORDERED that the Debtors are authorized and empowered to take any necessary actions to implement and effectuate the terms of this Order; and it is further

ORDERED that the terms and conditions of this Order shall be immediately enforceable and effective upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order.

Dated: Nov 18, 2010
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE



RLF1 3630153v. 2